83,686-01

DEAR Señor Abel Acosta,

I know the process of the review of my writ can be timely, however, is there a certain timeframe or window in which this Blessed court reviews and makes a decision. Please note I'm not rushing the Court, I'm aware there were several writs ahead of mine as well.

Tr. Ct. No. 2-08-541-A        WR-83,686-01

8/4/15

May Father GOD, DIOS, bless you to respond favorably toward me.

Sincerely Yours
A humble inmate seeking justice,

DeRon MySon Williams # 1932806

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk